IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANEICE S. MCFADDIN and MELISSA L. STEWART,<br><br>      Plaintiffs,<br><br>vs.<br><br>DAVID W. PUMPHREY DDS PC, also known as Pumphrey Periodontics and doing business as Pumphrey Periodontics and Dental Implant Therapy, and DAVID W. PUMPHREY,<br><br>      Defendants. | Case No.: 1:22-cv-01778-WMR |

## **NOTICE OF SETTLEMENT**

Please take notice that the Parties in this lawsuit have reached a settlement and expect to file the dismissal within thirty days.

Respectfully submitted this 6th day of August, 2022,

*/s/ Regina S. Molden*
Reginia S. Molden
Georgia Bar No. 515454
Molden & Associates
Peachtree Center-Harris Tower
Suite 1245
Atlanta, GA 30303
(404) 324-4500
rmolden@moldenlaw.com

*/s/ W. Brian Holladay*
W. Brian Holladay
Georgia Bar No. 300576
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road, NE
Atlanta, Georgia 30319
(404) 909-8100
bholladay@martensonlaw.com

1

2

| | |
|---|---|
| *Counsel for Plaintiffs Laneice S. McFaddin and Melissa S. Stewart* | *Counsel for Defendants David W. Pumphrey DDS P.C. and David W. Pumphrey* |