IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Laneice S. McFaddin** and **Melissa L. Stewart,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**David W. Pumphrey DDS, PC** *also known as* Pumphrey Periodontics *doing business as* Dental Implant Therapy and **David W. Pumphrey**,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 1:22-cv-01778-WMR |

## ORDER

The parties have filed Notice of Settlement [Doc 8]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SO ORDERED** this 8th day of August, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE